EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:    ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-499-JAK |
|---|---|
| Plaintiff, | STIPULATION RE: PROTECTIVE ORDER |
| v. | [PROPOSED ORDER LODGED CONCURRENTLY HEREWITH] |
| DANIEL AYALA-MORA, | NO HEARING REQUIRED |
| Defendant. | |

1.   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, and defendant DANIEL AYALA-MORA, individually and by and through his counsel of record, Angel Navarro, Esq., hereby stipulate that:

   a.   The evidence in this matter includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, and bank account numbers (collectively "personal information").

   b. This personal information is found throughout the discovery to be produced in this case. Among other records, this discovery includes records from the California Employment Development Department ("EDD") and records from multiple bank accounts. Government counsel estimates that the EDD records comprise over 10,000 pages and the bank records comprise over 5,000 pages. Additional discovery — including post office box applications, records seized during the execution of search warrants, and criminal history reports — also includes personal information for others.

  2. The parties stipulate, and request the Court to order, that only defense counsel, defense counsel's agents, and defendant may review the unredacted personal information contained in the discovery in preparation for trial and sentencing, and that defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter (including sentencing) and for no other purpose.

  3. The parties further stipulate, and request the Court to order, that only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information, and that defendant may make copies for his own use only, which are not to be released to any third party, of any discovery containing unredacted personal information that has been provided to him by defense counsel or defense counsel's agents.

  4. The parties further stipulate, and request the Court to make its Order applicable to unredacted personal information contained in all of the discovery to be produced in this case, including any discovery produced after entry of its Order.

5. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to his agents and/or defendant, and any and all copies of documents and portions thereof containing the personal information that defendant possesses, for the purpose of preparing or presenting a defense in this matter, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO STIPULATED.

Respectfully submitted,

EILEEN M. DECKER
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

Dated: _____/s/_____
RANEE A. KATZENSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: _____
ANGEL NAVARRO, ESQ.

Attorney for defendant
DANIEL AYALA-MORA

Dated: _____
DANIEL AYALA-MORA
Defendant

5.  At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to his agents and/or defendant, and any and all copies of documents and portions thereof containing the personal information that defendant possesses, for the purpose of preparing or presenting a defense in this matter, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO STIPULATED.

Respectfully submitted,

EILEEN M. DECKER
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

Dated:

　　　　／s／
RANEE A. KATZENSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 10/1/15

ANGEL NAVARRO, ESQ.

Attorney for defendant
DANIEL AYALA-MORA

Dated: 09/29/15

DANIEL AYALA-MORA
Defendant

3